UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH CHAVEZ,

Plaintiff,

v.

FRIENDLY WASH IV, et al.,

Defendants.

Case No.  26-cv-02152-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 12

On May 22, 2026, Plaintiff Elizabeth Chavez filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. No. 12.)  Defendants have not served an answer or a motion for summary judgment.  *See* Fed. R. Civ. 41(a)(1)(A)(i).  Accordingly, the Court DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: May 26, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California